IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOE RICHARD DAVIS, | ) |
| Plaintiffs, | ) |
| VERSUS | ) NO. 2:15-CV-00064 |
| PUTNAM COUNTY, TENNESSEE | ) |
| Defendant. | ) |

## AGREED STIPULATION OF DISMISSAL

COMES NOW the Plaintiff Joe Richard Davis, *pro se,* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and enters this stipulation of dismissal of Plaintiff's case with prejudice. Defendant joins in this stipulation of dismissal, and waives any claim against Plaintiff for attorneys' fees or discretionary costs. Each party shall bear their own attorney fees, costs, and expenses.

WHEREFORE, Plaintiff stipulates the dismissal of this case with prejudice.

*[signature]*
JOE RICHARD DAVIS, *PRO SE*
PLAINTIFF

For the Defendant:
MOORE, RADER,
FITZPATRICK AND YORK, P.C.

BY *[signature]*
DANIEL H. RADER, IV 025998
Attorneys for Defendant
P.O. Box 3347
Cookeville, TN 38502
(931-526-3311)

## CERTIFICATE OF SERVICE

The undersigned attorney herby certifies that on March 30, 2017, a true and exact copy of the foregoing pleading was served by regular U.S. mail, including the pro se plaintiff at the address set forth below.

Mr. Joe Richard Davis
937 Deerfield Drive
Cookeville, TN 38501

This the 30th day of March, 2017.

> MOORE, RADER,
> FITZPATRICK & YORK, P.C.
>
> BY _____
> DANIEL H. RADER, IV 025998
> Attorneys for Defendant
> P.O. Box 3347
> Cookeville, TN 38502
> (931-526-3311)