IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOE RICHARD DAVIS ) | |
| ) | Case No. 2:15-0064 |
| vs. ) | JUDGE SHARP |
| ) | |
| PUTNAM COUNTY, TENNESSEE ) | |

**O R D E R**

Pursuant to the Agreed Stipulation of Dismissal (Docket No. 33) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE